UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-21421-UU

THE CONTINENTAL GROUP, INC.,

    Plaintiff,
v.

MT. HAWLEY INSURANCE
COMPANY, *et al*.

    Defendants.
_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS CAUSE is before the Court upon notification by Plaintiff that the present case has settled.  D.E. 36.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised of the premises.

THE PARTIES ARE HEREBY NOTIFIED that all papers related to the settlement reached between the parties, including any order of dismissal stating specific terms and conditions, must be filed by **Friday, December 4, 2015**. If such papers are not filed by this deadline, the pending claims between the parties will be dismissed without further notice. Within sixty days of such an order of dismissal, either party may petition the Court to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

This case will be administratively closed by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of November, 2015.

*[signature: Ursula Ungaro]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record