**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:15-cv-21421-UU

THE CONTINENTAL GROUP, INC.,

      Plaintiff,

v.

MT. HAWLEY INSURANCE
COMPANY, *et al*.

      Defendants.

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon notification by Plaintiff that the present case has

settled.  D.E. 36.

THE COURT, being fully advised of the premises, hereby

ORDERS AND ADJUDGES that for administrative purposes this case is hereby

CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all

pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of November,

2015.

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

1